UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

CARLTON DAVIS,

        Plaintiff,

v.

GARY MOHR, et al.,

        Defendants.

Case No. 2:15-cv-2739
CHIEF JUDGE EDMUND A. SARGUS, JR.
Magistrate Judge Terence P. Kemp

## ORDER

On March 15, 2016, the United States Magistrate Judge recommended (i) that Plaintiff's motions to supplement [ECF Nos. 16, 17] be granted, (ii) that Plaintiff's motions for preliminary injunction [ECF Nos. 9, 14] be denied, and (iii) that Defendants' motions to dismiss [ECF Nos. 11, 15] be denied. (Report & Recommendation at 7 [ECF No. 23].) Plaintiff moved for and received an extension of time—through June 1, 2016—to file objections to the Report and Recommendation. (Apr. 15, 2016 Order at 1 [ECF No. 25].) Although the parties were advised of their right to object to the recommendation, and of the consequences of their failure to do so, there has been no objection.

Accordingly, the Report and Recommendation [ECF No. 23] is **ADOPTED AND AFFIRMED**. Plaintiff's motions to supplement [ECF Nos. 16, 17] are **GRANTED**; Plaintiff's motions for preliminary injunction [ECF Nos. 9, 14] are **DENIED**; and Defendants' motions to dismiss [ECF Nos. 11, 15] are **DENIED**.

        **IT IS SO ORDERED.**

7-7-2016
DATE

EDMUND A. SARGUS, JR.
CHIEF UNITED STATES DISTRICT JUDGE